USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-13-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                                 Plaintiff,

         -against-

ELDI MAKISHTI,

                                Defendant.

-------------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:

20-CR-660 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea hearing is scheduled for **September 20, 2022** at **4:00 p.m.**

**SO ORDERED.**

Dated:       **New York, New York**
               **September 13, 2022**

_____
         **ANDREW L. CARTER, JR.**
         **United States District Judge**