```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                              DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                             DATE FILED: 9-20-22
```

------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                          :
                                                   :
                         **Plaintiff,**    :
                                                   :       **20-CR-660 (ALC)**
   -against-                                  :
                                                   :       **ORDER**
**ELDI MAKISHTI,**                                 :
                                                   :
                        **Defendant.**    :
                                                   :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

     Today's Change of Plea hearing is adjourned to **September 29, 2022** at **12:30 p.m.**

**SO ORDERED.**

Dated:     New York, New York
            September 20, 2022

                                            _____
                                               ANDREW L. CARTER, JR.
                                               United States District Judge