**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/26/23__

LEONARDO M. ALDRIDGE
Attorney-At-Law
20 Vesey St., Room 400
New York, N.Y. 10007

January 25, 2023

**BY ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

**Re: Request for a 14-day adjournment in sentencing for <u>U.S. v. Eldi Makishti</u>, Cr. No. 20-660**

Your Honor:

  I write this letter to respectfully request a 14-day adjournment for Mr. Eldi Makishti's sentencing hearing, currently scheduled for February 2. This is the first motion seeking a continuance. AUSA David R. Felton informed me that he consents to the defense's request. The purpose of the requested continuance is to gather additional documents and information in support of mitigation for Mr. Makishti. If this short adjournment is granted, I expect to file a sentencing letter with the Court two weeks prior to the new sentencing date in accordance with Your Honor's Individual Practices.

  Respectfully,

*S/Leonardo M. Aldridge*
Leonardo M. Aldridge
CJA Counsel for the Defendant
Phone: (929) 215-4529
E-mail: leoaldridge@hotmail.com

The application is **GRANTED**. Sentencing adjourned to 2/16/23 at 12:00 p.m.
So Ordered.

*[signature]* 1/26/23